UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO LARA CALDERA, JR.,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00227-JAD-EJY-1<br><br>**ORDER**<br><br>ECF No. 21 |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 1, 2021 at 11:00 a.m., be vacated and continued to December 28, 2021, at 11:00 a.m.

　　　DATED this 30th day of November, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE