# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO CALDERA, JR.,<br><br>Defendant. | Case No. 2:21-CR-00227-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 37 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, May 5, 2022 at 10:30 a.m., be vacated and continued to May 24, 2022, at 11:00 a.m.

DATED this 3rd day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE