UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALBERTO CALDERA, JR.,<br><br>　　　　Defendant. | Case No. 2:21-CR-00227-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 40 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, May 24, 2022 at 11:00 a.m., be vacated and continued to July 6, 2022, at 11:00 a.m.

　　　DATED this 18th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE