AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>ALBERTO LARA CALDERA, JR.<br>*Defendant* | Case No. 2:21-cr-227-JAD-EJY |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3D - EJY |
|---|---|---|---|
| | | Date and Time: | January 3, 2024 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 2, 2024

*Judge's signature*

ELYANA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*


FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 0 2 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY